AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Opperman, Daniel S. | Bankruptcy Eastern District MI | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Board Member | Lake Huron Area Council, Boy Scouts of America |
| 2. | Board of Directors Member | Midland Center for the Arts |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. | 2012 | The Dow Chemical Company - Pension |
| 3. | 2012 | Opperman Consulting LLC - Earnings |
| 4. | 2012 | Orrick, Herrington & Satcliffe, L.L.P. - Consultant Fees |
| 5. | 2012 | Isabella Bank Corporation - Director Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Conference | 03/26/2012 - 03/29/12 | Charleston, SC | Seminar | Transportation and Lodging |
| 2. | Circuit Judicial Conference | 04/24/2012 - 04/27/2012 | Lexington, KY | Seminar | Transportation and Lodging |
| 3. | American Bankruptcy Institute | 05/11/2012 | Plymouth, MI | Seminar | Transportation and Lodging |
| 4. | Federal Bar Association | 07/20/2012 - 07/22/2012 | Crystal Mountain, MI | Seminar | Transportation and Lodging |

| 5. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/10/12 - 11/11/12 | Detroit, MI | Seminar | Transportation and Lodging |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | J | T | | | | | |
| 6. Members First Credit Union | B | Interest | J | T | | | | | |
| 7. Members First Credit Union | B | Interest | J | T | | | | | |
| 8. E-Trade | A | Interest | L | T | | | | | |
| 9. Merrill Lynch | A | Interest | J | T | | | | | |
| 10. Raymond James | A | Interest | J | T | | | | | |
| 11. Certificates of Deposit "(H)" | | | | | | | | | |
| 12. Independent Bank | B | Interest | | | Redeemed | 01/06/12 | L | A | |
| 13. Members First Credit Union | B | Interest | L | T | | | | | |
| 14. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 15. United Financial Credit Union | A | Interest | | | Redeemed | 11/06/12 | J | A | |
| 16. Wildfire Credit Union | B | Interest | | | Redeemed | 02/21/12 | K | A | |
| 17. Wolverine Bank | C | Interest | | | Redeemed | 04/06/12 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municipal Bonds "(H)" | | | | | | | | | |
| 19. CLARKSTON MI Cmnty Schls | B | Interest | K | T | | | | | |
| 20. DELAWARE ST GO ULT | A | Interest | | | Sold | 01/01/12 | K | A | |
| 21. FLORIDA ST GO ULT | A | Interest | K | T | Sold (part) | 07/01/12 | J | A | |
| 22. | | | | | Sold (part) | 03/13/12 | K | A | |
| 23. FLORIDA ST BRD ED | A | Interest | | | Sold | 07/01/12 | J | A | |
| 24. GEORGIA ST GO ULT | B | Interest | K | T | | | | | |
| 25. LOUISIANA ST GO ULT BONDS | A | Interest | K | T | | | | | |
| 26. MARYLAND ST GO ULT | B | Interest | M | T | Sold (part) | 03/12/12 | K | A | |
| 27. | | | | | Buy (add'l) | 03/15/12 | K | | |
| 28. MICHIGAN Drinking Wtr. Rev. | A | Interest | K | T | | | | | |
| 29. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 30. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 31. MICHIGAN ST GO ULT | B | Interest | | | Sold | 03/12/12 | K | A | |
| 32. MICHIGAN ST Environmental | B | Interest | | | Sold | 03/12/12 | K | A | |
| 33. MICHIGAN ST Trunk Line | B | Interest | K | T | | | | | |
| 34. MINNESOTA ST GO ULT | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NEW JERSEY ST GO ULT | B | Interest | J | T | Buy | 01/23/12 | J | | |
| 36. NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 37. OAKLAND CNTY MI | A | Interest | K | T | Buy | 08/22/12 | K | | |
| 38. OHIO ST GO ULT | B | Interest | L | T | | | | | |
| 39. OREGON ST GO ULT | B | Interest | K | T | Buy | 05/15/12 | K | | |
| 40. PENNSYLVANIA ST GO ULT | B | Interest | | | Sold (part) | 06/12/12 | J | A | |
| 41. | | | | | Sold | 08/24/12 | K | A | |
| 42. TEXAS ST GO ULT | B | Interest | K | T | | | | | |
| 43. Treasury Bills | A | Interest | N | T | | | | | |
| 44. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 45. WISCONSIN ST GO ULT | A | Interest | | | Sold | 05/18/12 | K | A | |
| 46. Real Estate "(H)" | | | | | | | | | |
| 47. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |
| 48. Life Insurance "(H)" | | | | | | | | | |
| 49. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 50. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 51. ATMOS Energy | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BP PLC | A | Dividend | K | T | | | | | |
| 53. Citizens Communications | A | Dividend | J | T | | | | | |
| 54. Chevron Corporation | B | Dividend | J | T | Sold (part) | 10/31/12 | K | D | |
| 55. CMS Energy | A | Dividend | J | T | | | | | |
| 56. The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 57. Great Plains Energy | A | Interest | J | T | | | | | |
| 58. Highwoods Property | A | Dividend | J | T | | | | | |
| 59. News Corp | A | Dividend | J | T | | | | | |
| 60. Northwestern Corp | A | Dividend | J | T | | | | | |
| 61. XCEL Energy | A | Dividend | J | T | | | | | |
| 62. Stocks and Certificates "(H)" | | | | | | | | | |
| 63. The Dow Chemical Company | D | Dividend | M | T | Sold (part) | 03/28/12 | K | C | |
| 64. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 65. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 66. Restricted Stock - Isabella Bank Corporation | A | Dividend | J | T | Buy | 07/02/12 | J | | |
| 67. Stock Options "(H)" | | | | | | | | | |
| 68. The Dow Chemical Company | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Limited Liability Company Units - ___ "(H)" | | | | | | | | | |
| 70. Opperman Consulting LLC | G | Dividend | L | T | | | | | |
| 71. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 72. Stocks and Bonds - Broker Accounts IRA ___ "(H)" | | | | | | | | | |
| 73. ALLERGAN INC, | A | Interest | J | T | | | | | |
| 74. Allergan Inc | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 75. Amazon.com Inc. | | None | | | Sold | 03/13/12 | J | B | |
| 76. Apple Computer Inc. | A | Dividend | J | T | Sold (part) | 02/13/12 | K | C | |
| 77. | | | | | Sold (part) | 03/28/12 | J | B | |
| 78. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 79. | | | | | Sold (part) | 10/03/12 | J | B | |
| 80. | | | | | Sold (part) | 12/28/12 | K | D | |
| 81. BOEING CAP CORP. BONDS | A | Interest | J | T | | | | | |
| 82. Celgene Corp. | | None | J | T | Buy | 11/27/12 | J | | |
| 83. Cerner Corp. | | None | K | T | Buy (add'l) | 09/12/12 | J | | |
| 84. | | | | | Sold (part) | 12/03/12 | K | B | |
| 85. COCA-COLA CO. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DIRECTV Class A | | None | K | T | Sold (part) | 02/17/12 | K | A | |
| 87. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 88. | | | | | Sold (part) | 04/10/12 | J | A | |
| 89. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 90. Dollar Tree Inc | | None | J | T | Buy (add'l) | 03/12/12 | J | | |
| 91. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 92. | | | | | Sold (part) | 10/18/12 | K | A | |
| 93. Dow Chemical Co | B | Dividend | K | T | Sold (part) | 03/28/12 | J | D | |
| 94. EATON CORP. BONDS | A | Interest | J | T | | | | | |
| 95. Ebay Inc. | | None | K | T | Sold (part) | 04/10/12 | J | A | |
| 96. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 97. | | | | | Sold (part) | 10/03/12 | J | A | |
| 98. | | | | | Sold (part) | 11/27/12 | J | A | |
| 99. F5 Networks Inc. | | None | J | T | Buy | 02/13/12 | J | | |
| 100. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 101. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 102. | | | | | Buy (add'l) | 06/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/19/12 | J | A | |
| 104. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 105. | | | | | Sold (part) | 11/06/12 | J | A | |
| 106. Federated Treasury Series | A | Interest | | | Sold | 03/13/12 | M | A | |
| 107. FEDEX CORP. | A | Dividend | J | T | Buy | 08/16/12 | J | | |
| 108. GLAXOSMITHKLINE CAP INC. BONDS | A | Interest | J | T | | | | | |
| 109. Google Inc C1 A | | None | K | T | Sold (part) | 01/20/12 | J | A | |
| 110. Henry Schein | | None | J | T | Buy (add'l) | 05/29/12 | K | | |
| 111. HEWLETT-PACKARD CO. BONDS | A | Interest | J | T | | | | | |
| 112. Illumina Inc. | | None | J | T | Buy | 10/03/12 | J | | |
| 113. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 04/17/12 | J | A | |
| 114. | | | | | Sold (part) | 11/08/12 | J | C | |
| 115. iShares MCSI EAFE | A | Dividend | J | T | | | | | |
| 116. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 117. MEDTRONIC INC. BONDS | A | Interest | J | T | Buy | 04/19/12 | J | | |
| 118. MICHIGAN ST TAXABLE GO ULT BONDS | A | Interest | K | T | | | | | |
| 119. MICROS Systems, Inc | | None | J | T | Buy (add'l) | 05/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 121. | | | | | Sold (part) | 11/27/12 | J | A | |
| 122. MWI Veterinary Supply | | None | K | T | Buy (add'l) | 02/03/12 | J | | |
| 123. | | | | | Buy (add'l) | 07/19/12 | J | | |
| 124. Neogen Corp. | | None | J | T | Sold (part) | 10/03/12 | J | A | |
| 125. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 126. OCCIDENTAL PETROLEUM | A | Interest | J | T | | | | | |
| 127. O'Reilly Automotive Inc | | None | K | T | Sold (part) | 04/10/12 | J | B | |
| 128. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 129. | | | | | Buy (add'l) | 08/17/12 | J | | |
| 130. | | | | | Sold (part) | 11/08/12 | J | A | |
| 131. Oracle Corp | A | Dividend | | | Sold (part) | 01/30/12 | J | A | |
| 132. | | | | | Sold | 11/12/12 | J | A | |
| 133. Panera Bread | | None | K | T | Sold (part) | 03/28/12 | J | A | |
| 134. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 135. | | | | | Sold (part) | 07/10/12 | J | A | |
| 136. | | | | | Buy (add'l) | 09/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  PEPSI BOTTLING GROUP LLC BONDS | A | Interest | J | T | | | | | |
| 138.  PetSmart | A | Dividend | K | T | Buy (add'l) | 05/10/12 | J | | |
| 139. | | | | | Sold (part) | 06/21/12 | K | D | |
| 140. | | | | | Sold (part) | 08/01/12 | K | D | |
| 141. | | | | | Buy (add'l) | 08/17/12 | J | | |
| 142. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 143.  Polycom Inc. | | None | | | Buy (add'l) | 01/30/12 | J | | |
| 144. | | | | | Sold | 04/17/12 | J | A | |
| 145.  Portfolio Recovery Assoc. | | None | J | T | Sold (part) | 03/07/12 | J | A | |
| 146. | | | | | Buy (add'l) | 11/08/12 | K | | |
| 147.  PRAXAIR INC. BONDS | A | Interest | J | T | | | | | |
| 148.  Qualcomm Inc. | A | Dividend | K | T | Buy (add'l) | 02/03/12 | J | | |
| 149. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 150. | | | | | Sold (part) | 05/29/12 | K | A | |
| 151. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 152.  RBC Money Market | A | Interest | K | T | | | | | |
| 153.  Starbucks | A | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/10/12 | J | | |
| 155. | | | | | Sold (part) | 07/10/12 | J | A | |
| 156. Stericycle Inc | | None | J | T | Buy (add'l) | 09/12/12 | J | | |
| 157. STRYKER CORP. BONDS | A | Interest | J | T | | | | | |
| 158. Treasury Bills | A | Interest | K | T | | | | | |
| 159. UNITED PARCEL SERVICE BONDS | A | Interest | | | Sold | 08/06/12 | J | A | |
| 160. Vitamin Shoppe Inc. | | None | K | T | Buy | 10/03/12 | J | | |
| 161. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 162. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 163. WALGREEN CO. BONDS | A | Interest | J | T | | | | | |
| 164. WALT DISNEY CO. BONDS | A | Interest | | | Sold (part) | 04/23/12 | J | A | |
| 165. | | | | | Sold | 08/06/12 | J | A | |
| 166. Waters Corp | | None | | | Sold | 05/01/12 | J | B | |
| 167. Watson Pharm. Inc. | | None | K | T | Buy | 09/19/12 | J | | |
| 168. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 169. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 170. Wright Express Corp. a/k/a WEX Inc. | | None | J | T | Sold (part) | 07/24/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. YUM BRANDS INC. | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 172. Stocks and Bonds - Broker Accounts IRA ____ "(H)" | | | | | | | | | |
| 173. AT&T Bonds | A | Interest | | | Sold | 06/29/12 | J | A | |
| 174. ALLERGAN INC. | A | Interest | J | T | | | | | |
| 175. Allergan Inc. | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 176. Amazon.com Inc. | | None | | | Sold | 03/13/12 | J | A | |
| 177. Apple Computer Inc. | | None | | | Sold | 10/05/12 | J | B | |
| 178. BOEING CAP CORP. BONDS | A | Interest | J | T | | | | | |
| 179. Celgene Corp. | | None | J | T | Buy | 11/12/12 | J | | |
| 180. Cerner Corp. | | None | J | T | Sold (part) | 06/21/12 | J | A | |
| 181. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 182. DIRECTV Class A | | None | | | Sold | 09/21/12 | J | A | |
| 183. Dollar Tree Inc. | | None | J | T | Buy (add'l) | 03/12/12 | J | | |
| 184. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 185. | | | | | Sold (part) | 10/18/12 | J | A | |
| 186. Dreyfus Money Market | A | Interest | K | T | | | | | |
| 187. Ebay Inc. | | None | J | T | Buy (add'l) | 04/20/12 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 10/03/12 | J | A | |
| 189. F5 Network | | None | J | T | Buy | 02/13/12 | J | | |
| 190. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 191. | | | | | Buy (add'l) | 03/13/12 | J | | |
| 192. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 193. | | | | | Sold (part) | 07/09/12 | J | A | |
| 194. | | | | | Sold (part) | 11/06/12 | J | A | |
| 195. Google Inc. Cl A | | None | J | T | Sold (part) | 01/20/12 | J | A | |
| 196. Henry Schein | | None | J | T | Buy (add'l) | 05/29/12 | J | | |
| 197. IBM CORP Bonds | A | Interest | | | Sold | 10/22/12 | J | A | |
| 198. Illumina Inc. | | None | J | T | Buy | 10/03/12 | J | | |
| 199. Intuitive Surgical Inc. | | None | | | Sold | 11/08/12 | J | B | |
| 200. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 201. MICROS Systems, Inc. | | None | J | T | Buy (add'l) | 05/01/12 | J | | |
| 202. | | | | | Sold (part) | 10/03/12 | J | A | |
| 203. MWI Veterinary Supply | | None | J | T | Buy (add'l) | 07/19/12 | J | | |
| 204. Neogen Corp. | | None | J | T | Sold (part) | 10/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 206. OCCIDENTAL PETROLEUM | A | Interest | J | T | | | | | |
| 207. Oracle Corp. | A | Dividend | | | Sold (part) | 01/30/12 | J | A | |
| 208. | | | | | Sold | 11/12/12 | J | A | |
| 209. O'Reilly Automotive Inc. | | None | J | T | Buy (add'l) | 03/12/12 | J | | |
| 210. Panera Bread Co. | | None | J | T | | | | | |
| 211. Petsmart | A | Dividend | J | T | Buy (add'l) | 06/07/12 | J | | |
| 212. | | | | | Sold (part) | 06/21/12 | J | A | |
| 213. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 214. PFIZER Bonds | A | Interest | J | T | | | | | |
| 215. Polycom Inc. | | None | | | Buy (add'l) | 01/30/12 | J | | |
| 216. | | | | | Sold | 04/17/12 | J | A | |
| 217. Portfolio Recovery Assoc. | | None | J | T | Sold (part) | 03/07/12 | J | A | |
| 218. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 219. Procter & Gamble Co Bonds | A | Interest | J | T | | | | | |
| 220. Qualcomm Inc. | A | Dividend | J | T | Buy (add'l) | 02/03/12 | J | | |
| 221. | | | | | Sold (part) | 05/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 05/29/12 | J | A | |
| 223. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 224. SPDR Gold Trust | | None | J | T | Buy | 10/05/12 | J | | |
| 225. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 04/17/12 | J | A | |
| 226. | | | | | Sold (part) | 07/10/12 | J | A | |
| 227. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 228. Stericycle | | None | J | T | | | | | |
| 229. Vitamin Shoppe Inc. | | None | J | T | Buy | 10/03/12 | J | | |
| 230. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 231. | | | | | Buy (add'l) | 11/06/12 | J | | |
| 232. Waters Corp. | | None | | | Sold | 05/01/12 | J | A | |
| 233. Watson Pharm. Inc. | | None | J | T | Buy | 09/19/12 | J | | |
| 234. | | | | | Buy (add'l) | 10/18/12 | J | | |
| 235. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 236. Wright Express Corp. a/k/a WEX Inc. | | None | J | T | Sold (part) | 07/24/12 | J | A | |
| 237. YUM! BRANDS INC. | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 238. Broker Account - ▨▨▨ "(H)" | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Accenture LTD Cl A | A | Dividend | J | T | Buy (add'l) | 03/23/12 | J | | |
| 240. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 241. | | | | | Sold (part) | 07/20/12 | J | A | |
| 242. | | | | | Sold (part) | 11/18/12 | K | D | |
| 243. | | | | | Buy (add'l) | 11/28/12 | K | | |
| 244.  Allergan | A | Dividend | | | Sold | 05/02/12 | K | B | |
| 245.  Amazon.com Inc. | | None | | | Sold | 03/13/12 | K | A | |
| 246.  AmBev Prf ADR | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 247. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 248. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 249.  Apple Computer Inc. | A | Dividend | K | T | Buy (add'l) | 01/04/12 | K | | |
| 250. | | | | | Sold (part) | 02/13/12 | L | D | |
| 251. | | | | | Sold (part) | 02/15/12 | J | C | |
| 252. | | | | | Buy (add'l) | 12/05/12 | K | | |
| 253.  ARM Hldgs PLC | A | Dividend | K | T | Sold (part) | 10/26/12 | K | A | |
| 254. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 255. | | | | | Sold (part) | 11/19/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 257. Baker Hughes Inc. | A | Dividend | | | Sold (part) | 03/22/12 | J | A | |
| 258. | | | | | Buy (add'l) | 08/28/12 | K | | |
| 259. | | | | | Sold | 12/26/12 | J | A | |
| 260. Banco Bradesco | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 261. Baxter Int'l Inc. | A | Dividend | J | T | Buy | 06/07/12 | J | | |
| 262. | | | | | Buy (add'l) | 07/25/12 | K | | |
| 263. | | | | | Sold (part) | 11/27/12 | K | B | |
| 264. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 265. BHP Billiton Ltd | A | Dividend | | | Sold | 03/15/12 | J | B | |
| 266. BlackRock Inc. | A | Dividend | J | T | Buy | 02/21/12 | K | | |
| 267. | | | | | Buy (add'l) | 10/24/12 | J | | |
| 268. CARBO Ceramics Inc. | A | Dividend | | | Sold | 04/27/12 | J | A | |
| 269. Casey's General Stores | A | Dividend | | | Sold (part) | 08/20/12 | J | B | |
| 270. | | | | | Sold | 10/15/12 | J | A | |
| 271. Cemig SA ADR | A | Dividend | | | Sold | 04/10/12 | J | B | |
| 272. Cerner Corp. | | None | K | T | Buy | 05/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Check Point Software | | None | | | Buy (add'l) | 01/17/12 | K | | |
| 274. | | | | | Sold (part) | 03/20/12 | J | A | |
| 275. | | | | | Sold | 11/29/12 | J | C | |
| 276. Chesapeake Energy Corp | A | Dividend | | | Sold | 05/07/12 | J | C | |
| 277. Chevron Texaco Corp. | A | Dividend | K | T | Buy (add'l) | 08/09/12 | J | | |
| 278. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 279. Cisco | A | Dividend | J | T | Buy | 11/21/12 | J | | |
| 280. Coca Cola | A | Dividend | J | T | Sold (part) | 02/17/12 | J | A | |
| 281. | | | | | Buy (add'l) | 04/27/12 | K | | |
| 282. Colgate-Palmolive Co. | A | Dividend | | | Sold (part) | 06/27/12 | J | B | |
| 283. | | | | | Sold | 11/19/12 | K | C | |
| 284. Comcast Corp | A | Dividend | J | T | Buy | 06/07/12 | J | | |
| 285. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 286. | | | | | Sold (part) | 09/25/12 | J | B | |
| 287. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 288. Companhia Brasiteira-SP PRF | A | Dividend | K | T | Buy (add'l) | 09/07/12 | J | | |
| 289. Core Labs | A | Dividend | | | Sold (part) | 10/03/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 11/08/12 | J | B | |
| 291. CVS Corp. | A | Dividend | K | T | | | | | |
| 292. Diageo PLC ADR | A | Dividend | K | T | Buy (add'l) | 01/27/12 | K | | |
| 293. | | | | | Sold (part) | 06/27/12 | K | C | |
| 294. | | | | | Sold (part) | 07/05/12 | J | B | |
| 295. | | | | | Sold (part) | 07/09/12 | K | C | |
| 296. | | | | | Buy (add'l) | 09/12/12 | K | | |
| 297. Direct TV Class A | | None | | | Sold | 09/20/12 | K | A | |
| 298. Donaldson Co. Inc. | A | Dividend | | | Buy | 06/07/12 | J | | |
| 299. | | | | | Sold | 10/15/12 | J | A | |
| 300. Eaton | A | Dividend | J | T | Buy | 03/13/12 | J | | |
| 301. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 302. | | | | | Sold (part) | 08/20/12 | K | A | |
| 303. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 304. Ebay Inc. | | None | K | T | Buy | 02/23/12 | K | | |
| 305. | | | | | Buy (add'l) | 05/11/12 | K | | |
| 306. | | | | | Sold (part) | 06/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/19/12 | K | D | |
| 308. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 309. Energen Corp | A | Dividend | | | Sold | 11/29/12 | J | D | |
| 310. Enerplus Resources Fund | B | Dividend | K | T | | | | | |
| 311. Enterprise Prod | A | Dividend | J | T | Sold (part) | 11/29/12 | K | D | |
| 312. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 313. Expeditors Int'l of WA | A | Dividend | | | Sold | 04/27/12 | J | A | |
| 314. Exxon Mobil Corp | A | Dividend | K | T | Sold (part) | 11/29/12 | K | D | |
| 315. | | | | | Buy (add'l) | 12/11/12 | K | | |
| 316. F5 Networks Inc. | | None | K | T | Buy | 11/14/12 | K | | |
| 317. Fomento Eco Mexicano | A | Dividend | K | T | Sold (part) | 04/17/12 | J | C | |
| 318. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 319. | | | | | Sold (part) | 11/21/12 | K | D | |
| 320. | | | | | Buy (add'l) | 11/29/12 | K | | |
| 321. Fresenius Med Care ADR | A | Dividend | J | T | Sold (part) | 03/09/12 | J | A | |
| 322. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 323. | | | | | Buy (add'l) | 10/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 12/26/12 | J | A | |
| 325. General Dynamics | | None | | | Buy | 01/13/12 | J | | |
| 326. | | | | | Sold | 02/22/12 | J | A | |
| 327. Google | | None | J | T | Sold (part) | 01/20/12 | J | A | |
| 328. | | | | | Sold (part) | 08/28/12 | K | C | |
| 329. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 330. Hershey Co | A | Dividend | J | T | Buy (add'l) | 02/06/12 | J | | |
| 331. | | | | | Sold (part) | 10/04/12 | J | A | |
| 332. | | | | | Sold (part) | 11/19/12 | J | C | |
| 333. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 334. Hormel Foods Corp. | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 335. IBM | A | Dividend | | | Sold | 10/05/12 | K | D | |
| 336. Intuitive Surgical Inc. | | None | | | Buy | 04/12/12 | K | | |
| 337. | | | | | Sold | 12/26/12 | K | A | |
| 338. Isabella Bank Corporation | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 339. iShares FTSE/China | A | Dividend | K | T | Buy (add'l) | 01/20/12 | J | | |
| 340. | | | | | Sold (part) | 03/20/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 07/05/12 | J | | |
| 342. iShares MCSI EAFE | B | Dividend | K | T | Buy (add'l) | 06/12/12 | J | | |
| 343. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 344. iShares MSCI Emerging | A | Dividend | K | T | Buy (add'l) | 06/12/12 | J | | |
| 345. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 346. Japan Index | A | Dividend | K | T | Sold (part) | 03/15/12 | J | A | |
| 347. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 348. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 02/06/12 | K | A | |
| 349. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 350. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 351. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 352. Kinder Morgan Energy Partners | B | Dividend | K | T | Sold (part) | 11/19/12 | K | E | |
| 353. | | | | | Buy (add'l) | 12/11/12 | K | | |
| 354. Kraft Foods Inc. | A | Dividend | J | T | Sold (part) | 10/02/12 | J | A | |
| 355. Lindsay Corp. | A | Dividend | J | T | Sold (part) | 08/22/12 | J | C | |
| 356. | | | | | Sold | 10/22/12 | J | C | |
| 357. | | | | | Buy (add'l) | 11/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Luxottica Group A | A | Dividend | K | T | Buy | 03/06/12 | J | | |
| 359. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 360. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 361. McDonald's Corp. | A | Dividend | J | T | Buy | 05/11/12 | K | | |
| 362. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 363. | | | | | Sold (part) | 07/24/12 | K | A | |
| 364. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 365. Microsoft Corp. | B | Dividend | K | T | Buy (add'l) | 03/07/12 | J | | |
| 366. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 367. Mondelez International | A | Dividend | J | T | Buy | 10/01/12 | J | | |
| 368. Monsanto Co. | | None | | | Buy | 08/16/12 | K | | |
| 369. | | | | | Buy (add'l) | 09/07/12 | K | | |
| 370. | | | | | Sold | 10/10/12 | K | A | |
| 371. NICE Systems Ltd | | None | K | T | | | | | |
| 372. Nike Inc. | A | Dividend | K | T | Sold (part) | 03/23/12 | K | B | |
| 373. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 374. | | | | | Buy (add'l) | 06/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 08/20/12 | K | A | |
| 376. | | | | | Buy (add'l) | 11/29/12 | J | | |
| 377. Novo-Nordisk ADR | A | Dividend | J | T | Buy | 02/15/12 | J | | |
| 378. | | | | | Buy (add'l) | 03/08/12 | K | | |
| 379. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 380. | | | | | Sold (part) | 04/27/12 | K | A | |
| 381. OCCIDENTAL PETROLEUM | A | Dividend | | | Sold | 12/26/12 | K | A | |
| 382. OGE Energy Corp | A | Dividend | | | Sold | 03/07/12 | K | A | |
| 383. Omnicom Group Inc. | A | Dividend | K | T | Buy (add'l) | 03/07/12 | J | | |
| 384. | | | | | Sold (part) | 10/24/12 | J | A | |
| 385. Oneok Partners LP | D | Dividend | K | T | Sold (part) | 11/19/12 | L | C | |
| 386. | | | | | Buy (add'l) | 12/11/12 | K | | |
| 387. Open Text Corp. | | None | K | T | Sold (part) | 06/12/12 | K | A | |
| 388. | | | | | Buy (add'l) | 09/14/12 | K | | |
| 389. Oracle Corp. | A | Dividend | K | T | Sold (part) | 01/13/12 | J | A | |
| 390. | | | | | Buy (add'l) | 08/07/12 | J | | |
| 391. | | | | | Buy (add'l) | 09/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Perrigo Co. | A | Dividend | K | T | Buy | 09/19/12 | K | | |
| 393. Polycom Inc. | | None | | | Buy | 01/30/12 | K | | |
| 394. | | | | | Sold | 07/10/12 | J | A | |
| 395. Potash Corp. | A | Dividend | | | Sold | 03/08/12 | J | A | |
| 396. Praxair Inc. | A | Dividend | K | T | | | | | |
| 397. Qualcomm Inc. | A | Dividend | K | T | Sold (part) | 04/19/12 | K | C | |
| 398. | | | | | Buy (add'l) | 05/11/12 | K | | |
| 399. Rayonier Inc. | A | Dividend | J | T | Buy | 12/11/12 | J | | |
| 400. S&P 500 Trust | A | Dividend | J | T | | | | | |
| 401. SAP AG ADR a/k/a SAP Aktiengesellschaft | A | Dividend | | | Sold | 11/29/12 | K | D | |
| 402. Shire LTD-ADR | A | Dividend | K | T | Sold (part) | 04/02/12 | J | A | |
| 403. SPDR Gold Trust | | None | K | T | Buy (add'l) | 02/22/12 | J | | |
| 404. | | | | | Buy (add'l) | 10/05/12 | K | | |
| 405. Starbucks Corp. | A | Dividend | K | T | Sold (part) | 04/16/12 | J | C | |
| 406. | | | | | Sold (part) | 04/27/12 | J | C | |
| 407. | | | | | Buy (add'l) | 05/11/12 | K | | |
| 408. Suncor Energy Inc | A | Dividend | | | Sold | 11/21/12 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. T Rowe Price Group | A | Dividend | K | T | Buy | 02/17/12 | K | | |
| 410. | | | | | Sold (part) | 07/10/12 | J | A | |
| 411. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 412. Target Corp | A | Dividend | K | T | Sold (part) | 03/22/12 | J | A | |
| 413. | | | | | Buy (add'l) | 08/20/12 | J | | |
| 414. Teekay Offshore | A | Dividend | J | T | | | | | |
| 415. Toronto-Dominion Bank | A | Dividend | K | T | | | | | |
| 416. Total SA ADR | A | Dividend | K | T | Buy (add'l) | 03/20/12 | J | | |
| 417. Total System Services, Inc. | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 418. Tupperware Brands | A | Dividend | K | T | Buy (add'l) | 10/26/12 | J | | |
| 419. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 420. Unilever NV | A | Dividend | K | T | | | | | |
| 421. UnitedHealth Group | A | Dividend | K | T | Buy (add'l) | 03/19/12 | J | | |
| 422. | | | | | Sold (part) | 05/11/12 | K | C | |
| 423. | | | | | Buy (add'l) | 11/28/12 | K | | |
| 424. Verizon | B | Dividend | K | T | Buy (add'l) | 05/04/12 | J | | |
| 425. | | | | | Buy (add'l) | 08/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Vodafone Group PLC | A | Dividend | | | Sold | 03/06/12 | J | A | |
| 427. Wal-Mart Stores Inc. | A | Dividend | K | T | Sold (part) | 02/22/12 | J | A | |
| 428. | | | | | Sold (part) | 05/25/12 | J | B | |
| 429. | | | | | Sold (part) | 06/27/12 | J | C | |
| 430. | | | | | Buy (add'l) | 09/06/12 | K | | |
| 431. Watson Pharm. Inc. | | None | K | T | Buy | 09/28/12 | K | | |
| 432. Retirement Funds "(H)" | | | | | | | | | |
| 433. Abbott Labs | A | Dividend | J | T | Sold (part) | 10/19/12 | J | B | |
| 434. BP Prudhoe | A | Dividend | J | T | | | | | |
| 435. Bristol Myers | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 436. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 437. Chesapeake Utils Corporation | A | Dividend | J | T | | | | | |
| 438. Cisco Systems | A | Dividend | J | T | | | | | |
| 439. Citadel Broadcasting Corporation | | None | J | T | | | | | |
| 440. Clearbridge Energy MLP | A | Dividend | J | T | | | | | |
| 441. Cleco Corporation New | A | Dividend | J | T | | | | | |
| 442. Cliffs Natural Resources | A | Dividend | J | T | Buy | 04/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Conoco Phillips | A | Dividend | J | T | | | | | |
| 444. Consolidated Edison | B | Dividend | K | T | | | | | |
| 445. Consolidated Water Company | A | Dividend | J | T | | | | | |
| 446. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 447. Dominion Res Incorporated | B | Dividend | K | T | | | | | |
| 448. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 449. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 450. First Industrial Realty Trust | | None | J | T | | | | | |
| 451. Frontline | A | Dividend | J | T | | | | | |
| 452. Getty Realty | A | Dividend | J | T | | | | | |
| 453. Gov. Properties Income Trust | B | Dividend | K | T | Buy | 04/23/12 | J | | |
| 454. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 455. Healthcare Rlty Tr Reit | A | Dividend | J | T | | | | | |
| 456. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 457. Integrys | A | Dividend | K | T | | | | | |
| 458. International Paper Co. | A | Dividend | K | T | | | | | |
| 459. J.P. Morgan Certificate of Deposit | | None | K | T | Buy (add'l) | 06/22/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/10/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  Kimberly Clark | A | Dividend | K | T | | | | | |
| 461.  Kinder Morgan | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 462.  Knightsbridge Tankers Limited | B | Dividend | J | T | | | | | |
| 463.  Linnco LLC | A | Dividend | J | T | Buy | 10/19/12 | J | | |
| 464.  Nationwide Health Pptys; Merged with Ventas | A | Dividend | K | T | | | | | |
| 465.  Nisource Incorporated | A | Dividend | J | T | | | | | |
| 466.  Paychex, Inc. | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 467.  Permian Basin | A | Dividend | J | T | | | | | |
| 468.  Petroleum & Res Corporation | A | Dividend | J | T | | | | | |
| 469.  Phillips 66 | A | Dividend | J | T | Buy | 05/01/12 | J | | |
| 470.  Plum Creek Timber Co. | A | Dividend | K | T | | | | | |
| 471.  Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 472.  Realty Income Corp. | A | Dividend | J | T | | | | | |
| 473.  S&P 500 Trust | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 474.  Ship Finance International | A | Dividend | J | T | | | | | |
| 475.  Southern Company | A | Dividend | J | T | | | | | |
| 476.  SPDR Gold Trust | | None | K | T | Buy | 10/19/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Spectra Energy | A | Dividend | J | T | | | | | |
| 478. Teco Energy Incorporated | A | Dividend | J | T | | | | | |
| 479. Teekay Offshore | A | Dividend | J | T | | | | | |
| 480. Tortoise Energy | B | Dividend | K | T | | | | | |
| 481. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 482. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 483. Waste Management | A | Dividend | J | T | Buy | 06/05/12 | J | | |
| 484. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 485. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 486. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 487. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 488. YUM, Inc | | None | J | T | | | | | |
| 489. Auto Owners Insurance - Annuity | A | Interest | K | T | Buy (add'l) | 12/24/12 | J | | |
| 490. SEP-IRA - ___ "(H)" | | | | | | | | | |
| 491. BNY Deposit | A | Interest | J | T | Buy | 04/10/12 | J | | |
| 492. Health Care Select | A | Dividend | J | T | Sold (part) | 02/22/12 | J | A | |
| 493. | | | | | Buy (add'l) | 07/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. iShares MSCI EAFE | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |
| 495. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 496. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 497. iShares MSCI Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |
| 498. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 499. iShares S&P 500 Growth Index | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |
| 500. | | | | | Sold (part) | 07/17/12 | J | A | |
| 501. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 502. | | | | | Sold (part) | 12/05/12 | K | A | |
| 503. iShares Russell 1000 | A | Dividend | K | T | Buy (add'l) | 04/24/12 | J | | |
| 504. iShares Russell 2000 | A | Dividend | K | T | Buy (add'l) | 12/05/12 | K | | |
| 505. Japan Index (ETF) | A | Dividend | J | T | | | | | |
| 506. NASDAQ-100 Index | A | Dividend | | | Buy (add'l) | 02/09/12 | J | | |
| 507. | | | | | Buy (add'l) | 04/24/12 | J | | |
| 508. | | | | | Sold (part) | 08/08/12 | J | A | |
| 509. | | | | | Sold | 10/31/12 | J | A | |
| 510. SPDR Gold Trust | | None | J | T | Buy (add'l) | 04/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  WisdomTree India Earnings Fund | A | Dividend | J | T | Buy (add'l) | 04/24/12 | J | | |
| 512. | | | | | Buy (add'l) | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 37 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/10/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544